UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 2:11-cr-000815-CCC

v. :

Jose Lopez-Rodriguez : **ORDER FOR CONTINUANCE**

This matter having come before the Court on the joint application of Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drug Section, Department of Justice, and defendant Jose Lopez-Rodriguez, by Kevin Carlucci, Esq., AFPD, for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, so that the parties may attempt to resolve the matter and thereby avoid a possible trial, and the defendant having consented to the continuance and waived his right to a speedy trial, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) the parties desire additional time to negotiate a plea agreement, which if successful would render a trial in this matter unnecessary;

(2) defendant's co-defendant is in custody in California awaiting disposition of his identity hearing and

transportation to the District of New Jersey, and pursuant to Title 18, United States Code, Section 3161(h)(6), a reasonable period of delay is permitted when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted; and,

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial,

IT IS, therefore, on this 24th day of January, 2012,

ORDERED that this action be and hereby is continued for a period of 60 days from the date of this Order; and it is further

ORDERED that the period of 60 days from the date of this Order shall be excluded in computing time under the Speedy Trial Act of 1974.

_____
HON. Claire M. Cecchi
United States District Court Judge

Form and entry consented to:

_____
Paul W. Laymon, Trial Attorney

_____
Kevin Carlucci, Esq., AFPD
Counsel for defendant